# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| THOMAS MERVYN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>NELSON WESTERBERG, INC.; NEWESCO, INC.; NELSON WESTERBERG INTERNATIONAL, INC.; and ATLAS VAN LINES, INC.,<br><br>       Defendants. | Case No. 1:11-cv-06594 |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant: ATLAS VAN LINES, INC.

| | |
|---|---|
| NAME: Nabil G. Foster | |
| SIGNATURE: s/ *Nabil G. Foster* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273877 | TELEPHONE NUMBER<br>(312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>                                                       YES ☐    NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

       I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the Defendant's **Appearance** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 24th day of August 2015, to all counsel of record.

| | |
|---|---|
| X | CM/ECF |
| ___ | Facsimile |
| ___ | Federal Express |
| ___ | Mail |
| ___ | Messenger |

                              HINSHAW & CULBERTSON LLP

                              */s/ Nabil G. Foster*
                              Nabil G. Foster (6273877)
                              HINSHAW & CULBERTSON LLP
                              222 North LaSalle Street, Suite 300
                              Chicago, Illinois 60601
                              312/704-3000
                              312/704-3001 – facsimile
                              nfoster@hinshawlaw.com

131146934v1 0946565