**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Mervyn v. Newesco Inc. and Atlas Van Lines, Inc.

Case Number: 11-cv-6594

An appearance is hereby filed by the undersigned as attorney for:
Newesco Inc. and Atlas Van Lines, Inc.

Attorney name (type or print): Gerald P. Meyer

Firm: MoloLamken LLP

Street address: 300 N. LaSalle Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6299507
(See item 3 in instructions)

Telephone Number: 312-450-6700

Email Address: gmeyer@mololamken.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 1, 2016

Attorney signature: S/ Gerald P. Meyer
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015